**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| In re:  Renee Nicole Good | )  Chapter  7 | |
| | )  Case No.  19-50028 | |
| Debtor(s) | ) | |
| | ) | |

**NOTICE OF INQUIRY**

On 3/18/19 you filed a petition/pleading in the above case. See docket entry #10-13 Amended schedules. The petition/pleading is deficient as set forth below.

☐ Pleading improperly styled/formatted (caption, size, margins). *See Local Rule 5005-3.*
☐ PDF not flattened. *See Attorney Guidelines on Court's website.*
☐ Corporate Resolution not filed with Chapter 11 petition. *Required by Local Rule 1002-1 and Local Rule 1074-1.*
☐ NAICS Code not included on petition or not typed in during opening of a business case. *See Attorney Guidelines on Court's website.*
☐ Notice of Appeal filed without party designations.
☐ Certificate of Credit Counseling docketed with petition. Must be docketed separately.
☐ Certification of Compliance with 11 USC § 1328 filed. Financial Management Course Certificate required but not filed. Case may be closed without discharge.
☐ Incorrect case number or case name on pleading.
☐ No name/case number on pleading.
☐ Exhibits referenced in pleading but not attached/filed.
☐ Chapter 13 Plan/Amended Plan and docket text do not match.
☐ Notice of Appearance and Request for Notices filed but creditor name and address not added to CM/ECF during docketing.
☐ Certificate of Service/Mailing not properly related to Amended Plan <u>and</u> Order and Notice on Amended Plan.
☐ Certificate of Service incomplete/unreadable.
☐ Docket entry not related properly.
☐ Pleading relates to matter set for hearing, but docket entry has incorrect or incomplete hearing information.
☐ Pleading does not match docket entry text.
☑ Other:  Certification Regarding Amended Schedules or Statements is required .

This inquiry is for notice only. Please take the corrective action that you deem appropriate.

Dated:    March 19, 2019

           James W. Reynolds, Clerk
           U.S. Bankruptcy Court

           By:   /s/ Marleca Adams
                       Deputy Clerk

*Inquiry 110618*