**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Renee Nicole Good** | Social Security number or ITIN **xxx–xx–3455** |
| | First Name   Middle Name   Last Name | EIN __ __–__ __ __ __ __ __ __ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN ____ |
| | First Name   Middle Name   Last Name | EIN __ __–__ __ __ __ __ __ __ |

United States Bankruptcy Court   **Western District of Virginia**

Case number:   **19–50028**

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Renee Nicole Good

<u>5/14/19</u>                                                   **By the court:**   <u>Rebecca B. Connelly</u>
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Western District of Virginia
In re:                                                            Case No. 19-50028-rbc
Renee Nicole Good                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0423-5         User: admin                Page 1 of 1        Date Rcvd: May 15, 2019
                             Form ID: 318               Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Renee Nicole Good,    P.O. Box 325,    Middletown, VA 22645-0325
4697234        +Pioneer Bank,   252 E. Main Street,    Stanley, VA 22851-4039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4697228         EDI: CAPITALONE.COM May 15 2019 11:58:00      Capital One,   P.O. Box 71083,
                 Charlotte, NC 28272-1083
4697229         EDI: RMSC.COM May 15 2019 11:58:00      Care Credit,   P.O. Box 960061,   Orlando, FL 32896-0061
4697230         EDI: CHASE.COM May 15 2019 11:58:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
4697232         EDI: CITICORP.COM May 15 2019 11:58:00      Citi,   P.O. Box 6004,   Sioux Falls, SD 57117-6004
4697233         EDI: DISCOVER.COM May 15 2019 11:58:00      Discover,   P.O. Box 30943,
                 Salt Lake City, UT 84130
4697968        +EDI: PRA.COM May 15 2019 11:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4697235         EDI: RMSC.COM May 15 2019 11:58:00      Synchrony Bank,   P.O. Box 960012,
                 Orlando, FL 32896-0012
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4697231*       +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
          George W. R. Glass    on behalf of Debtor Renee Nicole Good glassbankruptcy@gmail.com
          USTrustee    USTPRegion04.RN.ECF@usdoj.gov
          W Stephen Scott(80)    wsscott7trustee@earthlink.net,   VA01@ecfcbis.com
                                                                                            TOTAL: 3
```